# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARTEZ ANTHONY DICKSON,      )
                               )
        Plaintiff,          )
                               )
     v.                  )      No. 4:14-CV-01897-TIA
                               )
JOHN HILL, et al.,          )
                               )
        Defendants.     )
                               )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal. Plaintiff, a prisoner, has not paid the appellate filing fee nor has he filed a motion for leave to proceed in forma pauperis on appeal. As a result, the Court will order plaintiff to submit either the full filing fee or a motion for leave to proceed in forma pauperis along with a prison account statement as required by 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall within thirty days of the date of this Order, either pay the $505 appellate filing fee or file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing or the notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the "Motion to Proceed in Forma Pauperis - Prisoner Cases" form.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 6th day of January, 2015.


 /s/Terry I. Adelman
**TERRY I. ADELMAN**
**UNITED STATES MAGISTRATE JUDGE**